**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

MABEL REYES, on behalf of herself and all others similarly situated,

               Plaintiffs,

-against-

FINANCIAL RECOVERY SERVICES, INC.,

               Defendant.

Case No. 2:18-cv-03616-JMA-SIL

**STIPULATION OF DISMISSAL**

**FILED**
**CLERK**

11/30/2018 8:31 am

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York
           November 29, 2018

| | |
|---|---|
| By: /s/ Daniel Cohen | By: /s/ Michael T. Etmund |
| Daniel Cohen, Esq. | Michael T. Etmund, Esq |
| Cohen & Mizrahi LLP | Moss & Barnett |
| 300 Cadman Plaza West, 12th Floor | 150 South Fifth Street |
| Brooklyn, New York 11201 | Minneapolis, MN 55402 |
| Tel: (929) 575-4175 | Tel: (612)877-5269 |
| Dan@cml.legal | mike.etmund@lawmoss.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

      Case closed.
      SO ORDERED.
      /s/ JMA, USDJ
      11/30/2018